

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00227-CV

| | | |
|---|---|---|
| Black Bull Towing, LLC and 5620 TX Lincoln Arlington, LLC d/b/a Whispering Woods | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2013-004651-1) |
| v. | § | June 11, 2015 |
| Pete E. Ybarra | § | Opinion by Justice Dixon W. Holman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's summary judgment for Pete E. Ybarra on his Towing and Booting Act claims based on a violation of the signage requirements of sections 2308.301 and .302 of the Act. But we reverse the trial court's award of $1,000 plus triple the amount of towing charges for each tow, and we remand the case for further proceedings on Pete E. Ybarra's claim for increased statutory damages under section 2308.404(c).

It is further ordered that Black Bull Towing, LLC, 5620 TX Lincoln Arlington, LLC d/b/a Whispering Woods, and Pete E. Ybarra shall bear their own costs of appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dixon W. Holman
        Justice Dixon W. Holman